UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| ARCAPITA BANK B.S.C.(c), et al., | : | Case No. 12-11076 (SHL) |
| Reorganized Debtors. | : | Confirmed |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Isabel Baumgarten, being duly sworn, depose and state:

1.  I am a Senior Director with Garden City Group, LLC,[1] the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On October 16, 2015, at the direction of Milbank, Tweed, Hadley & McCloy LLP ("Milbank Tweed"), Counsel for the Reorganized Debtors and the New Holding Companies, I caused two (2) true and correct copies of the following document to be served by overnight delivery on the party identified on Exhibit A annexed hereto (Chambers of the Honorable Sean H. Lane):

- **Notice of Disbursements for the Period July 1, 2015 through September 30, 2015 ("Notice of Disbursements")** [Docket No. 2139].

---

[1] Please note that The Garden City Group, Inc. is now Garden City Group, LLC.

3.  On October 16, 2015, also at the direction of Milbank Tweed, I caused a true and correct copy of the **Notice of Disbursements** to be served by overnight delivery on the party identified on Exhibit B annexed hereto (Office of the United States Trustee).

/s/Isabel Baumgarten
Isabel Baumgarten

Sworn to before me this 19th day of
October, 2015

/s/Debra Wolther
Debra Wolther
Notary Public – State of New York
No. 02WO4853469
Qualified in Nassau County
My Commission Expires 1/27/2018

# EXHIBIT A

12-11076-shl    Doc 2140    Filed 10/19/15    Entered 10/19/15 17:40:18    Main Document
Pg 3 of 6

CHAMBERS OF THE HON. SEAN H. LANE
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004

# EXHIBIT B

OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
ATTN RICHARD MORRISSEY
201 VARICK STREET, RM 1006
NEW YORK, NY 10014