12-11076-shl    Doc 2141    Filed 11/23/15    Entered 11/23/15 11:46:34    Main Document
                                    Pg 1 of 2

ASK LLP
Joseph L. Steinfeld, Jr., Esq.
(*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665 Fax (651) 406-9676

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342   Fax (212) 918-3427
Email: bmcgrath@askllp.com

*Attorneys for Plaintiffs, Arcapita Bank B.S.C.(c), et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-11076 (SHL) |
| Arcapita Bank B.S.C.(c), et al.[1], | Chapter 11 |
| Reorganized Debtors. | |
| Arcapita Bank B.S.C.(c), et al., | |
| Plaintiffs, | |
| vs. | Adv. No. 14-01852 |
| All World Network, Inc., | |
| Defendant. | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**DECEMBER 1, 2015 AT 10:00 A.M.**

**Location of Hearing:**     United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004

---

[1] The "Reorganized Debtors" in these chapter 11 cases and, prior to the Confirmation Order and Falcon Confirmation Order (as defined below), the "Debtors," are: Arcapita Bank B.S.C.(c), Arcapita Investment Holdings Limited, Arcapita LT Holdings Limited, Windturbine Holdings Limited, AEID II Holdings Limited, Railinvest Holdings Limited, and Falcon Gas Storage Company, Inc.

**UNCONTESTED MATTERS:**

1. Arcapita Bank B.S.C.(c), et al. v. All World Network, Inc.
   Adversary Number: 14-01852

   Related Documents: Amended Scheduling Order

   Objection Deadline: N/A

   Objections Received: N/A

   Status: Matter going forward on December 1, 2015 at 10:00 a.m.

Dated: November 23, 2015

        ASK LLP

By   /s/  *Brigette G. McGrath*
Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
151 West 46st Street
4th Floor
New York, NY 10036
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**Email**: bmcgrath@askllp.com

and

Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*),
Gary D. Underdahl, Esq. (*Admitted Pro Hac Vice*),
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 857 **Fax:** (651) 406-9676
**Email**: gunderdahl@askllp.com

Attorneys For Plaintiff, Arcapita Bank B.S.C.(c), et al.,